Opinion filed July 28,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00295-CV

                                                    __________

 

                           IN
THE INTEREST OF A.R.B., A CHILD



 

                                    On
Appeal from the 87th District Court

                                                             Leon
County, Texas

                                                   Trial
Court Cause No. D-05-557

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Valerie Cashner is the appellant in this appeal.  She has filed a motion to dismiss
the appeal pursuant to Tex. R. App. P. 42.1(a)(1). 
In the motion, appellant states that “[t]he matters in controversy in the above
entitled and numbered causes of action will not be pursued for Appeal by
[appellant].”  Therefore, in accordance with appellant’s request, we dismiss
the appeal.

The
motion to dismiss is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

 

July 28, 2011

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.